ALBANY,
August, 1808.

Ross
v.
Vaughan.

The rule adopted in regard to causes to be brought to trial at the sittings in *New-York*, that if it is made to appear that the cause could not have been tried, had it been noticed, it shall excuse the plaintiff from stipulating to bring it to trial at the next court, or be nonsuited, is not applicable to causes at the country circuits.

## Ross *against* Vaughan.

FOOT, for the defendant, moved for judgment as in case of nonsuit, on the usual affidavit.

*Skinner*, contra, read an affidavit, stating that the cause was not noticed for trial at the last circuit in *Essex* county, because the attorney, knowing that many causes of an elder issue were actually noticed, and that much business was to come before the *oyer* and *terminer*, to be held at the same circuit, did not believe that the cause could be tried. It appeared, that but one civil cause was, in fact, tried at the circuit, for want of time. On these grounds, he contended that the plaintiff was not bound to stipulate.

*Per Curiam.* A rule has been adopted in regard to causes tried at the sittings in *New-York*, that where it is made to appear, that the cause could not have been tried, had it been noticed for trial, the plaintiff, on a motion for a nonsuit, shall be excused from stipulating; but this rule was not intended to be applied to causes at the country circuits, where the reason for it can seldom exist. The plaintiff must stipulate or be nonsuited.

Rule granted.